**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8020**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

KELVIN CHARLES, a/k/a Rock,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:04-cr-00142-HEH-1)

Submitted:  February 26, 2013          Decided:  March 1, 2013

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin Charles, Appellant Pro Se.  Michael Ronald Gill, Gurney Wingate Grant, II, Norval George Metcalf, Elizabeth Wu, Assistant United States Attorneys, Olivia L. Norman, Michael C. Wallace, Sr., OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Charles appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Charles, No. 3:04-cr-00142-HEH-1 (E.D. Va. Oct. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED